UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Anthony Alli

Case No.: 17-16936
Chapter: 13
Judge: KCF

## NOTICE OF PROPOSED PRIVATE SALE

__Anthony Alli__, __debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __May 9, 2018__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street, Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 237 Loring Avenue
Edison, NJ 08817

Proposed Purchaser: Xiao Kang and David Chen

Sale price: $220,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | | |
|---|---|---|
| Name of Professional: | Luis Leiva | Jenkins & Clayman |
| Amount to be paid: | 6% | $700.00 |
| Services rendered: | Realtor | Filing of motion to approve sale of real property; appointment of realtor |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Jenkins & Clayman    /s/ Stephanie F. Ritigstein |
| Address: | 412 White Horse Pike, Audubon, NJ  08106 |
| Telephone No.: | 856-546-9696 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony R. Alli  
    Debtor

Case No. 17-16936-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 10, 2018  
                Form ID: pdf905     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.
```
db              +Anthony R. Alli,    40 Lakeview Boulevard,    Edison, NJ 08817-5425
516750250        Associated Radiologists, PA,    c/o Michael Harrison, Esq.,    3155 State Route 10, Ste 21,
                  Denville, NJ 07834-3492
516750251       +Macy DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
516750252       +Shalini Persaud,    C/O Middlesex County Probation Dept,    189 New St, New Brunswick,
                  New Brunswick, NJ 08901-2068
516750253        Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
516750254        Steven A. Puma, DDS LLC,    c/o Trojan Professional Services,    PO Box 1270,
                  Los Alamitos, CA 90720-1270
516750255        THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516834117       +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516793941        E-mail/PDF: cbp@onemainfinancial.com Apr 10 2018 23:01:06      ONEMAIN,    P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
517026897        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:01:16
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
516836058        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:00:39
                  Portfolio Recovery Associates, LLC,    c/o THE HOME DEPOT,    POB 41067,    Norfolk VA 23541
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
               rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7
```