| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE | Case No: 17-16936 KCF |
| In Re:<br><br>**ANTHONY R. ALLI**<br>Debtors | Chapter 13<br><br>Hearing Date: 9/12/18<br><br>Judge: Kathryn C. Ferguson |

**STANDING CHAPTER 13 TRUSTEE'S OBJECTION TO DEBTOR(S) MODIFIED PLAN**

The Standing Chapter 13 Trustee, Albert Russo, objects to the Debtors' Modified Plan for the following reasons:

1. Debtors have failed to provide amended Schedules J.

2. Debtors have failed to provide Proof of Income

3. Debtors have failed to provide 2017 tax return

4. Debtors have failed to provide HUD statement.

WHEREFORE, the Standing Chapter 13 Trustee objects to Debtors' Modified Plan.

By:   /s/ *Albert Russo*
     Albert Russo
     By: Erik D. Collazo Staff Attorney