Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−16936−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony R. Alli
   40 Lakeview Boulevard
   Edison, NJ 08817

Social Security No.:
   xxx−xx−5653

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/18/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 20, 2018
JAN: ckk

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-16936-KCF
Anthony R. Alli                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Dec 20, 2018
                              Form ID: 148           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db          +Anthony R. Alli,    40 Lakeview Boulevard,    Edison, NJ 08817-5425
r           +Luis Leiva,   c/o Culture Estate Realtor,    1833 Front Street,    Scotch Plain, NJ 07076-1125
516750250    Associated Radiologists, PA,    c/o Michael Harrison, Esq.,    3155 State Route 10, Ste 21,
              Denville, NJ 07834-3492
516750252   +Shalini Persaud,    C/O Middlesex County Probation Dept,    189 New St, New Brunswick,
              New Brunswick, NJ 08901-2068
516750253    Specialized Loan Servicing LLC,    PO Box 636007,    Littleton, CO 80163-6007
516750254    Steven A. Puma, DDS LLC,    c/o Trojan Professional Services,    PO Box 1270,
              Los Alamitos, CA 90720-1270
516834117   +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 00:01:54      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 00:01:52      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516750251   +EDI: TSYS2.COM Dec 21 2018 04:38:00      Macy DSNB,   9111 Duke Blvd,   Mason, OH 45040-8999
516793941    EDI: AGFINANCE.COM Dec 21 2018 04:38:00      ONEMAIN,   P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
517026897    EDI: PRA.COM Dec 21 2018 04:38:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516836058    EDI: PRA.COM Dec 21 2018 04:38:00      Portfolio Recovery Associates, LLC,    c/o THE HOME DEPOT,
              POB 41067,    Norfolk VA 23541
516750255    EDI: CITICORP.COM Dec 21 2018 04:38:00      THD/CBNA,   PO Box 6497,
              Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jeffrey E. Jenkins    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1
           rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8