| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on December 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Anthony R. Alli<br><br><br><br>Debtor(s) | Case No.: 17-16936 / KCF<br><br>Chapter 13<br><br>Hearing Date: 07/11/2018  at 9:00 AM<br><br>Judge: Kathryn C. Ferguson |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony R. Alli  
    Debtor

Case No. 17-16936-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
db          +Anthony R. Alli,   40 Lakeview Boulevard,   Edison, NJ 08817-5425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
        as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series  
        2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Eric   Clayman    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       Jeffrey E. Jenkins    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,  
        as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-1  
        rsolarz@kmllawgroup.com  
       Stephanie F. Ritigstein    on behalf of Debtor Anthony R. Alli jenkins.clayman@verizon.net,  
        connor@jenkinsclayman.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                            TOTAL: 8